

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Special Education of Sara Bassman

CASE NUMBER: 08C3153

V.

ASSIGNED JUDGE: Der-Yeghiayan

Chicago Public Schools SD #299

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Chicago Public Schools SD #299
Law Division
125 S. Clark, 6th Floor
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Candace J. Wayne
Wayne and Jemilo
134 N. LaSalle, Suite 1200
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN - 4 2008
DATE



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6.4.08 |
| NAME OF SERVER *(PRINT)* Harpreet K. Lakhan | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Department of Special Services, Chicago Public Schools, 125 S. Clark St. Chicago, IL 60603

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left: ~~Peter~~ Linda Coltman

☐ Returned unexecuted: N/A

☐ Other (specify): N/A

**FILED JUN - 4 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6.4.08
Date

Signature of Server: Harpreet K. Lakhan

Address of Server:
Whyne + Jerolo
The Metropolitan
Suite 1200
134 N. LaSalle St.
Chicago, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.