UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sara Bassman
　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03153
　　　　　　　　　　　　　　　　　　Honorable Samuel Der−Yeghiayan

Chicago Public Schools
　　　　　　　　　　Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

　　　MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 07/31/08 at 9:00 a.m. As stated on the record, Defendant is given until 07/25/08 to answer or otherwise plead to Plaintiff's complaint. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.