# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Sara Bassman<br>v.<br>Chicago Public School District 299,<br>Plaintiff<br>Defendants. | Case Number: 08 C 03153<br>Honorable Der-Yeghiayan<br>Magistrate Michael Mason |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CHICAGO BOARD OF EDUCATION

| |
|---|
| NAME (Type or print)<br>Mark A. Trent |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark A. Trent |
| FIRM<br>Board of Education of the City of Chicago |
| STREET ADDRESS<br>125 South Clark Street, Suite 700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6186532    TELEPHONE NUMBER: 773-553-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ |