THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE SPECIAL EDUCATION OF SARA BASSMAN | ) ) | No. 08 C 03153 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Der-Yeghiayan |
| CHICAGO PUBLIC SCHOOL DISTRICT 299 | ) ) | Magistrate Michael Mason |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:   Candace J. Wayne
Wayne and Jemilo
134 N. LaSalle Street, Suite 1200
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **Thursday, July 31, 2008 at 9:00 a.m.**, Defendant Board of Education of the City of Chicago shall appear before the Honorable Judge Der-Yeghiayan, or before such other Judge sitting in his place and stead, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois
this 25th day of July, 2008.

PATRICK J. ROCKS
General Counsel

s/ Kathleen M. Gibbons
Kathleen M. Gibbons
Senior Assistant General Counsel
Board of Education of the City of Chicago
125 South Clark Street, Suite 700
Chicago, Illinois 60603
(773) 553-1700

## **CERTIFICATE OF SERVICE**

    I, Kathleen M. Gibbons, an attorney do hereby certify that I caused the attached **Notice of Motion** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 25th day of July, 2008.

                                            By:    s/ Kathleen M. Gibbons
                                                          Kathleen M. Gibbons
                                                          Senior Assistant General Counsel