UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sara Bassman
                Plaintiff,

v.                                             Case No.: 1:08−cv−03153
                                                 Honorable Samuel Der−Yeghiayan

Chicago Public Schools
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant Chicago Public Schools' motion to dismiss plaintiff's complaint [11] is entered and continued. Plaintiff's response shall be filed by 09/12/08 and Defendant's reply shall be filed by 09/19/09. Status hearing held and continued to 10/30/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.